UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | Criminal No: 19CR30018 |
| --- | --- | --- |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| CARLOS MALDONADO, | ) | Count One: Threat to Murder a Federal Law Enforcement Officer |
| | ) | |
| Defendant | ) | (18 U.S.C. § 115(a)(1)(B)) |

## INDICTMENT

### COUNT ONE
Threat to Murder a Federal Law Enforcement Officer
(18 U.S.C. § 115(a)(1)(B))

The Grand Jury charges:

On or about March 12, 2018, in Springfield, in the District of Massachusetts and elsewhere, the defendant,

**CARLOS MALDONADO,**

did threaten to murder a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with such Federal law enforcement officer while engaged in the performance of his official duties, and with intent to retaliate against such Federal law enforcement officer on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B)

A TRUE BILL

_____
FOREPERSON

_____
GREG A. FRIEDHOLM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April **25**, 2019

Returned into the District Court by the Grand Jurors and filed.

_____ 4/25/19
DEPUTY CLERK
11:15 AM